CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/31/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DAVID W. SHREVE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 6:21-cv-00050 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| THE UNITED STATES OF AMERICA, | )   United States District Judge |
| Defendant. | ) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that the United States motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 12) is GRANTED, and this case is DISMISSED without prejudice. The clerk is directed to strike this case from the active docket of this court.

The clerk shall provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 31, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge